UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EMMETT KENNEY,

        Plaintiff,

  v.                                                     Case No. 10-C-1055

NATIONAL CREDIT WORKS INC.,

        Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

      This matter is before the Court on plaintiff's motion for a default judgment in this Fair Debt Collection Practices Act ("FDCPA") claim. The defendant has failed to respond to the Complaint and a default has been entered by the Clerk. Plaintiff now seeks statutory damages of $1000.00 and actual damages of $1,650.00. The Court has reviewed plaintiff's motion and complaint and finds the damage request reasonable and well-supported. In addition, plaintiff seeks attorney's fees and actual costs totaling $2,876.50. The Court also finds this sum fair and reasonable.

      Based upon the foregoing, the Court **GRANTS** plaintiff's motion for a default judgment and directs the Clerk to enter Judgment in favor of the plaintiff and against the defendant in the total amount of $5,526.50.

      **SO ORDERED** this 28th day of March, 2011.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge